## Pennsylvania Coal & Coke Corporation *v.* Duncan-Spangler Coal Company, Appellant.

Argued December 7, 1938.   Before MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Albert L. O'Connor,* with him *Edward Knuff* and *F. J. Hartmann,* for appellant.

*R. E. Farr,* with him *P. J. Little,* for appellee.

PER CURIAM, January 9, 1939:
The judgment of the Superior Court is affirmed on the opinion of Judge CUNNINGHAM reported in 132 Pa. Superior Ct. 533.

Mr. Chief Justice KEPHART and Mr. Justice SCHAFFER did not participate in the decision in this case.